**FILED**
DEC 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN RAMEY,              )
                             )
    Plaintiff,           )
                             )
v.                           )   Case: 1:07-cv-02340
                             )   Assigned To : Leon, Richard J.
POTOMAC ELECTRIC POWER       )   Assign. Date : 12/31/2007
COMPANY,                     )   Description: Pro Se General Civil
                             )
    Defendant.           )

## CORPORATE DISCLOSURE STATEMENT

Defendant Potomac Electric Power Company ("Pepco"), by counsel, submits the following corporate disclosure statement in accordance with Local Rule 7.1.

Pepco is a District of Columbia and Virginia corporation engaged principally in the electric utility business. Pepco is a wholly-owned subsidiary of Pepco Holdings, Inc., which has outstanding securities in the hands of the public.

This information is provided only so that the judges of this Court may determine the need for recusal.

                                      Respectfully submitted,

                                      Connie N. Bertram (Bar No. 435840)
                                      Winston & Strawn LLP
                                      1700 K St., NW
                                      Washington, D.C. 20006
                                      (202) 282-5000
                                      (202) 282-5100 (fax)

December 31, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December 2007, I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served by first class mail, postage prepaid on the following:

Benjamin Ramey
4251 Clay Street, NE
Washington, DC 20019

Connie N. Bertram

DC:541949.1